JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, <br><br> Plaintiff, <br><br> v. <br><br> KYUNG AE KIM, in his individual and representative capacity as trustee of the 2002 Kyung Ae Kim Trust Dated June 6, 2002; <br> TONY KOO KIM; and Does 1-10, <br><br> Defendants. | Case: 2:15-CV-09853-PA-AJW <br><br> **ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 10, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE